# Palm et al. v. Decatur Mineral and Land Co.

Appeal from Morgan Chancery Court.

Heard before the Hon. WILLIAM H. SIMPSON.

HUMES, SHEFFEY & SPEAKE, for appellants.

HARRIS & EYSTER, for appellee.

The bill in this case was filed by the appellants as minority stockholders in the Decatur Mineral & Land Company, against said company and Thomas M. Scruggs and S. M. Nelson. It is averred in the bill that said Scruggs and Nelson controlled the majority of the stock of the corporation, used their power in the selection of the board of directors and dominated the management of the corporation for their personal advantage. The bill prays for the removal of said Thomas M. Scruggs and S. M. Nelson and other members of the board of directors; for an injunction to restrain the board from voting unreasonable salaries, for an accounting to ascertain how much they have received over and above what is a just and reasonable salary, and also that a receiver of the corporation be appointed.

On the final submission of the cause on the pleadings and proof, the chancellor decreed that the complainants were not entitled to the relief prayed for and ordered the bill dismissed.

On this appeal, the decree of the lower court is affirmed, on the authority of the *Decatur M. & L. Co. v. Palm*, 113 Ala. 531.

Opinion by BRICKELL, C. J.